# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-03312-JHN-AJWx | Date | July 12, 2010 |
|---|---|---|---|
| Title | Alfredo Galicia v. State Compensation Insurance Fund et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND SETTING DUE DATE FOR OPPOSITION, IF ANY, TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT  (In Chambers)

On May 21, 2010, Defendants filed a Motion for Summary Judgment ("Motion"), set for hearing on July 26, 2010 [23].  An opposition, if any, was due no later than July 6, 2010.  Local Rule 7-9 (requiring that opposing papers be filed and served not later than twenty-one (21) days before hearing on the motion).  Plaintiff still has not filed an opposition.

**Plaintiff is ORDERED TO SHOW CAUSE, in writing, not later than July 26, 2010 at noon as to why the Court should not dismiss this case for lack of prosecution.  Plaintiff may file as a response to this Order an opposition, if any, to Defendants' pending Motion by not later than July 26, 2010 at noon.  A reply to Plaintiff's opposition, if any, is due not later than August 2, 2010.  The Court continues hearing on Defendants' Motion to August 23, 2010 at 2:00 p.m.**

**Failure to comply with this Order may result in the imposition of sanctions and/or dismissal of this action.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| | Initials of Preparer | AM |