1
2
3
4
5
6
7

JS - 6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  ALFREDO GALICIA, an individual,  )   Case No.  2:09-cv-03312-JHN-AJWx
                                     )
11                      Plaintiff,   )   DISMISSAL BY COURT FOR
                                     )   FAILURE TO PROSECUTE
12  vs.                              )
                                     )
13                                   )   Judge: Honorable Jacqueline H. Nguyen
                                     )
14  STATE COMPENSATION               )
    INSURANCE FUND,                  )
15                                   )
                        Defendant.   )
16  _____ )

17
18          On May 21, 2010, Defendant filed a Motion for Summary Judgment.

19  (Docket No. 23.)  The hearing on this Motion was continued and the related

20  briefing schedule extended because the Court was also considering a Motion to be

21  relieved as counsel filed by Plaintiff's counsel.  (Docket No. 26.)  Subsequently,

22  on June 17, 2010, the Court granted the Motion by Plaintiff's counsel to be

23  relieved as Plaintiff's counsel in this case.  (Docket No. 28.)  The record shows

24  that Plaintiff was served with both the Motion of counsel to be relieved, and the

25  Court's Order granting that Motion.  (*See* Docket Nos. 27 and 29.)

26          Plaintiff did not file any opposition to the Motion for Summary Judgment,

27  nor sought any extension of time from the Court.  Since Plaintiff's *pro se* status

28  occurred after Defendant filed the Motion, and it was not clear what Plaintiff

    knew regarding Defendant's Motion, the Court issued an Order to Show Cause

1   ("OSC") on July 12, 2010.   The OSC explained that Defendant has filed a

2   Motion for Summary Judgment, and that Plaintiff's opposition, if any, was due on

3   July 6, 2010.  The Court ordered Plaintiff to file a written opposition to the

4   Motion, or, alternatively, show cause in writing why the case should not be

5   dismissed for lack of prosecution, by no later than July 26, 2010.  (Docket No.

6   31.)  The Order specifically warned Plaintiff that "[f]ailure to comply with this

7   Order may result in the imposition of sanctions and/or dismissal of this action."

8   (*Id.*)  Plaintiff has failed to respond to the OSC.

9       Therefore, the Court hereby orders that this case be DISMISSED for failure

10  to prosecute.

12  IT IS SO ORDERED.

13  DATED: July 29, 2010.

                           _____

14                           JACQUELINE H. NGUYEN
                           United States District Judge